# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hurwitz, Andrew | 2. Court or Organization<br><br>U.S. Court of Appeals, Ninth Circuit | 3. Date of Report<br><br>10/03/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Court of Appeals Judge, Ninth Circuit | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☒ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

401 W. Washington Street
Phoenix, AZ 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Arizona Elected Officials Retirement System; no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Arizona Elected Officials Retirement System, pension | $57,329.76 |
| 2. | 2013 | National Conference of Bar Examiners, stipends | $7,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Arizona State University, salary |
| 2. | 2013 | Arizona State Retirement System, pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | 4/18/2013 - 4/21/2013 | Santa Fe, N.M. | Review and drafting of bar examination questions | Transportation, lodging, meals |
| 2. | National Conference of Bar Examiners | 10/17/2013 -10/21/2013 | Charleston, S.C. | Review and drafting of bar examination questions | Transportation, lodging, meals |
| 3. | University of Miami Law School | 10/21/2013-10/22/2013 | Miami, FL | Teaching and moot court | Transportation, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank (Checking/Savings) | A | Interest | K | T | | | | | |
| 2. Real Estate Limited Partnership____e ____ Avondale,AZ | A | Distribution | K | W | | | | | |
| 3. (H) Trust #1 _____ " | E | Int./Div. | O | T | | | | | |
| 4. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 5. -ALGER SPECTRA A | | | | | Buy | 02/12/13 | K | | |
| 6. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 7. -ARTISAN GLOBAL VALUE INV | | | | | Buy | 09/13/13 | K | | |
| 8. -ARTISAN MIDCAP VALUE INV | | | | | Buy | 09/13/13 | K | | |
| 9. -BARON REAL ESTATE INST | | | | | Buy | 09/13/13 | J | | |
| 10. -BLSCKROCK MUNIYLD ARIZ FD INC | | | | | Sold (part) | 02/12/13 | J | A | |
| 11. | | | | | Sold | 09/13/13 | J | | |
| 12. -CALVERT GLOBAL WATER A | | | | | Buy | 09/13/13 | J | | |
| 13. -CENTER COAST MLP FOCUS I | | | | | Sold | 09/13/13 | K | B | |
| 14. -CENTRAL GOLDTRUST UNITS | | | | | Buy | 09/13/13 | J | | |
| 15. -CUSHING MLP PREMIER I | | | | | Buy | 09/13/13 | J | | |
| 16. -DIGITAL REALTY TRUST INC | | | | | Sold | 09/13/13 | J | | |
| 17. -DOUBLELINE TOTAL RETURN I | | | | | Sold (part) | 02/12/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 09/13/13 | J | | |
| 19.    -FEDERATED STRAT VAL DIV INST | | | | | Buy (add'l) | 02/12/13 | J | | |
| 20. | | | | | Sold | 09/13/13 | K | C | |
| 21.    -FIRST EAGLE GLOBAL I | | | | | Buy | 02/12/13 | K | | |
| 22. | | | | | Sold (part) | 09/13/13 | J | A | |
| 23.    -FRANKLIN HI YIELD TX FR ADV | | | | | Sold | 02/12/13 | K | B | |
| 24.    -GATEWAY FUND Y | | | | | Buy | 09/13/13 | J | | |
| 25.    -GUGGENHEIM DEFENSIVE EQUITY ET | | | | | Sold | 02/12/13 | J | A | |
| 26.    -GUGGENHEIM MID-CAP CORE ETF | | | | | Sold | 02/12/13 | J | B | |
| 27.    -GUGGENHEIM S&P 500 PURE GRW | | | | | Sold (part) | 02/12/13 | J | A | |
| 28. | | | | | Sold | 09/13/13 | K | D | |
| 29.    -INVESCO BALANCED-RISK ALLOC Y | | | | | Buy | 02/12/13 | J | | |
| 30. | | | | | Sold | 09/13/13 | J | | |
| 31.    -INVESCO SELECT COMPANIES Y | | | | | Buy | 02/12/13 | J | | |
| 32. | | | | | Sold | 09/13/13 | K | B | |
| 33.    -ISHARES FTSE NAREIT RESIDENT | | | | | Sold | 02/12/13 | K | C | |
| 34.    -ISHARES IBOXX INVEST GR COR FD | | | | | Sold | 02/12/13 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -LOOMIS SAYLES STRATEGIC INC Y | | | | | Buy | 02/12/13 | J | | |
| 36. | | | | | Sold | 09/13/13 | K | B | |
| 37. -LORD ABBETT SHT DURATION INC F | | | | | Buy | 09/13/13 | K | | |
| 38. -MAINSTAY MARKETFIELD I | | | | | Buy | 09/13/13 | K | | |
| 39. -MATTHEWS ASIAN GWTH & INC INV | | | | | Buy | 02/12/13 | J | | |
| 40. | | | | | Sold | 09/13/13 | J | | |
| 41. -METROPOLITAN WEST TOT RET BD I | | | | | Sold | 02/12/13 | K | A | |
| 42. | | | | | Buy | 09/13/13 | K | | |
| 43. -MKT VECTORS MTGE REIT INC ETF | | | | | Sold | 02/12/13 | K | B | |
| 44. -OAKMARK I | | | | | Buy | 02/12/13 | K | | |
| 45. | | | | | Sold | 09/13/13 | J | A | |
| 46. -OAKMARK INTERNATL I | | | | | Buy | 09/13/13 | K | | |
| 47. -PIMCO ALL ASSET ALL AUTH P | | | | | Buy | 02/12/13 | K | | |
| 48. | | | | | Sold | 09/13/13 | K | A | |
| 49. -PIMCO TOTAL RETURN P | | | | | Buy | 02/12/13 | J | | |
| 50. | | | | | Sold | 09/13/13 | K | A | |
| 51. -PRUDENTIAL TOTAL RETURN BD Z | | | | | Sold | 02/12/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PUTNAM DIVERSIFIED INC TR Y | | | | | Buy | 02/12/13 | K | | |
| 53. | | | | | Sold | 09/13/13 | K | | |
| 54. -SPDR BARCLAYS CAPITAL HIGH YIE | | | | | Sold | 02/12/13 | K | B | |
| 55. -SPDR GOLD TR GOLD SH | | | | | Sold | 09/13/13 | J | | |
| 56. -SUNAMERICA NEW FOC DIV STRA A | | | | | Buy | 09/13/13 | K | | |
| 57. -TCW EMERG MKTS INCOME I | | | | | Sold | 09/13/13 | K | | |
| 58. -TEMPLETON GLB TOTAL RETURN ADV | | | | | Buy | 09/13/13 | J | | |
| 59. -TEMPLETON GLOBAL BD FD ADV | | | | | Buy | 02/12/13 | K | | |
| 60. | | | | | Sold | 09/13/13 | K | | |
| 61. -THORNBURG DEVELOPING WORLD I | | | | | Buy | 09/13/13 | K | | |
| 62. -VIRTUS INSIGHT EMERG MKTS I | | | | | Sold (part) | 02/12/13 | J | A | |
| 63. | | | | | Sold | 09/13/13 | K | | |
| 64. -WASATCH SM CAP GRW FD | | | | | Buy | 09/13/13 | K | | |
| 65. -WESTERN ASSET MANAGED MUNI I | | | | | Sold | 02/12/13 | K | B | |
| 66. -WISDOMTREE EQUITY INCOME FUND | | | | | Buy | 02/12/13 | J | | |
| 67. | | | | | Sold | 09/13/13 | K | A | |
| 68. "(H) TRUST #2 A ▓▓▓ Opened " | D | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 70. -ALGER SPECTRA A | | | | | Buy | 02/12/13 | K | | |
| 71. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 72. | | | | | Sold (part) | 09/13/13 | J | A | |
| 73. -ARTISAN GLOBAL VALUE INV | | | | | Buy | 09/13/13 | J | | |
| 74. -ARTISAN MIDCAP VALUE INV | | | | | Buy | 09/13/13 | J | | |
| 75. -BARON REAL ESTATE INST | | | | | Buy | 09/13/13 | J | | |
| 76. -BLSCKROCK MUNIYLD ARIZ FD INC | | | | | Sold (part) | 02/12/13 | J | A | |
| 77. | | | | | Sold | 09/13/13 | J | | |
| 78. -CALVERT GLOBAL WATER A | | | | | Buy | 09/13/13 | J | | |
| 79. -CENTER COAST MLP FOCUS I | | | | | Sold | 09/13/13 | J | B | |
| 80. -CENTRAL GOLDTRUST UNITS | | | | | Buy | 09/13/13 | J | | |
| 81. -CUSHING MLP PREMIER I | | | | | Buy | 09/13/13 | J | | |
| 82. -DIGITAL REALTY TRUST INC | | | | | Buy | 02/12/13 | J | | |
| 83. | | | | | Sold | 09/13/13 | J | | |
| 84. -DOUBLELINE TOTAL RETURN I | | | | | Sold (part) | 02/12/13 | J | A | |
| 85. | | | | | Sold (part) | 09/13/13 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -FEDERATED STRAT VAL DIV INST | | | | | Buy | 02/12/13 | J | | |
| 87. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 88. | | | | | Sold | 09/13/13 | K | C | |
| 89. -FIRST EAGLE GLOBAL I | | | | | Buy | 02/12/13 | K | | |
| 90. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 91. | | | | | Sold (part) | 09/13/13 | J | A | |
| 92. -GATEWAY FUND Y | | | | | Buy | 02/12/13 | J | | |
| 93. -GUGGENHEIM DEFENSIVE EQUITY ET | | | | | Sold | 02/12/13 | J | A | |
| 94. -GUGGENHEIM MID-CAP CORE ETF | | | | | Sold | 09/13/13 | J | B | |
| 95. -GUGGENHEIM S&P 500 PURE GRW | | | | | Sold (part) | 02/12/13 | J | A | |
| 96. | | | | | Sold | 09/13/13 | J | C | |
| 97. -INVESCO BALANCED-RISK ALLOC Y | | | | | Buy | 02/12/13 | J | | |
| 98. | | | | | Sold | 09/13/13 | J | | |
| 99. -INVESCO SELECT COMPANIES Y | | | | | Buy | 02/12/13 | J | | |
| 100. | | | | | Sold | 09/13/13 | J | B | |
| 101. -ISHARES FTSE NAREIT RESIDENT | | | | | Sold | 02/12/13 | J | B | |
| 102. -ISHARES GOLD TRUST | | | | | Sold | 09/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -ISHARES IBOXX INVEST GR COR | | | | | Sold | 02/12/13 | K | A | |
| 104.  -LOOMIS SAYLES STRATEGIC INC Y | | | | | Sold (part) | 02/12/13 | J | A | |
| 105. | | | | | Sold (part) | 09/13/13 | K | A | |
| 106.  -LORD ABBETT SHT DURATION INC F | | | | | Buy | 09/13/13 | K | | |
| 107.  -MAINSTAY MARKETFIELD I | | | | | Buy | 09/13/13 | J | | |
| 108.  -MATTHEWS ASIAN GWTH & INC INV | | | | | Buy | 02/12/13 | J | | |
| 109. | | | | | Sold | 09/13/13 | J | | |
| 110.  -METROPOLITAN WEST TOT RET BD I | | | | | Sold | 02/12/13 | K | A | |
| 111. | | | | | Buy | 09/13/13 | K | | |
| 112.  -MKT VECTORS MTGE REIT INC ETF | | | | | Sold | 02/12/13 | J | A | |
| 113.  -OAKMARK I | | | | | Buy | 02/12/13 | K | | |
| 114. | | | | | Sold (part) | 09/13/13 | J | A | |
| 115.  -OAKMARK INTERNATL I | | | | | Buy | 09/13/13 | K | | |
| 116.  -PIMCO ALL ASSET ALL AUTH P | | | | | Buy | 02/12/13 | K | | |
| 117. | | | | | Sold | 09/13/13 | J | | |
| 118.  -PIMCO TOTAL RETURN P | | | | | Buy | 02/12/13 | J | | |
| 119. | | | | | Sold | 09/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -PRUDENTIAL TOTAL RETURN BD Z | | | | | Sold | 02/12/13 | K | A | |
| 121. -PUTNAM DIVERSIFIED INC TR Y | | | | | Buy | 02/12/13 | K | | |
| 122. | | | | | Sold | 09/13/13 | K | | |
| 123. -SPDR BARCLAYS CAPITAL HIGH YIE | | | | | Sold | 02/12/13 | J | A | |
| 124. -SUNAMERICA NEW FOC DIV STRA A | | | | | Buy | 09/13/13 | K | | |
| 125. -TCW EMERG MKTS INCOME I | | | | | Sold | 09/13/13 | K | | |
| 126. -TEMPLETON GLB TOTAL RETURN ADV | | | | | Buy | 09/13/13 | J | | |
| 127. -TEMPLETON GLOBAL BD FD ADV | | | | | Buy | 02/12/13 | K | | |
| 128. | | | | | Sold | 09/13/13 | K | | |
| 129. -THORNBURG DEVELOPING WORLD I | | | | | Buy | 09/13/13 | K | | |
| 130. -WASATCH SM CAP GRW FD | | | | | Buy | 09/13/13 | K | | |
| 131. -VIRTUS INSIGHT EMERG MKTS I | | | | | | | | | |
| 132. -WESTERN ASSET MANAGED MUNI I | | | | | Sold | 02/12/13 | J | A | |
| 133. "(H) Trust #3 ▓▓▓▓ " | E | Int./Div. | N | T | | | | | |
| 134. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 135. -ABBOTT LABORATORIES | | | | | Sold | 09/13/13 | J | B | |
| 136. -ABBVIE INC COM | | | | | Sold | 02/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -ALGER SPECTRA A | | | | | Buy (add'l) | 02/12/13 | J | | |
| 138. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 139.  -ARTISAN GLOBAL VALUE INV | | | | | Buy | 09/13/13 | K | | |
| 140.  -ARTISAN INTERNATIONAL INV (X) | | | | | Sold | 09/13/13 | J | A | |
| 141.  -ARTISAN MIDCAP VALUE INV | | | | | Buy | 09/13/13 | K | | |
| 142.  -BARON REAL ESTATE INST | | | | | Buy | 09/13/13 | J | | |
| 143.  -BLSCKROCK MUNIYLD ARIZ FD INC | | | | | Sold | 02/12/13 | K | A | |
| 144.  -CALVERT GLOBAL WATER A | | | | | Buy | 09/13/13 | J | | |
| 145.  -CENTER COAST MLP FOCUS I | | | | | Sold | 09/13/13 | J | B | |
| 146.  -CENTRAL GOLDTRUST UNITS | | | | | Buy | 09/13/13 | J | | |
| 147.  -CHEVRON CORP | | | | | Sold | 09/13/13 | J | B | |
| 148.  -CISCO SYS INC | | | | | Sold | 09/13/13 | J | A | |
| 149.  -COCA COLA CO | | | | | Sold | 09/13/13 | J | B | |
| 150.  -COLGATE PALMOLIVE CO | | | | | Sold | 09/13/13 | J | | |
| 151.  -COLUMBIA ACORN Z (X) | | | | | Sold | 09/13/13 | J | A | |
| 152.  -COLUMBIA INTERM MUNI BOND Z (X) | | | | | Sold | 09/13/13 | K | | |
| 153.  -COLUMBIA MARSICO FOCUS EQI Z (X) | | | | | Sold | 09/13/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -COLUMBIA SMALL CAP GRW I Z (X) | | | | | Sold | 09/13/13 | K | A | |
| 155. -COLUMBIA SMALL CAP VALUE I Z (X) | | | | | Sold | 09/13/13 | J | A | |
| 156. -CUSHING MLP PREMIER I | | | | | Buy | 09/13/13 | J | | |
| 157. -DIGITAL REALTY TRUST INC | | | | | Sold | 09/13/13 | J | | |
| 158. -DOUBLELINE TOTAL RETURN | | | | | Buy (add'l) | 02/12/13 | J | | |
| 159. | | | | | Sold (part) | 09/13/13 | J | | |
| 160. -DU PONT EI DE NEMOURS & CO | | | | | Sold | 09/13/13 | J | C | |
| 161. -EXXON MOBIL CORP | | | | | Sold | 09/13/13 | J | A | |
| 162. -FIRST EAGLE GLOBAL I | | | | | Buy | 09/13/13 | K | | |
| 163. -GATEWAY FUND Y | | | | | Buy | 09/13/13 | K | | |
| 164. -HARBOR INTERNATIONAL INST (X) | | | | | Sold | 09/13/13 | J | A | |
| 165. -ISHARES GOLD TRUST | | | | | Sold | 09/13/13 | J | | |
| 166. -ISHARES IBOXX INVEST GR COR FD | | | | | Buy (add'l) | 02/12/13 | J | | |
| 167. | | | | | Sold | 09/13/13 | J | | |
| 168. -JOHNSON & JOHNSON | | | | | Sold | 09/13/13 | J | B | |
| 169. -LAZARD EMERGING MARKETS I (X) | | | | | Sold | 09/13/13 | J | | |
| 170. -LOOMIS SAYLES STRATEGIC INC Y | | | | | Buy (add'l) | 09/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 09/13/13 | K | B | |
| 172. -LORD ABBETT SHT DURATION INC F | | | | | Buy | 09/13/13 | K | | |
| 173. -MAINSTAY MARKETFIELD I | | | | | Buy | 09/13/13 | K | | |
| 174. -MC DONALDS CORP | | | | | Sold | 09/13/13 | J | C | |
| 175. -METROPOLITAN WEST TOT RET BD I | | | | | Buy | 09/13/13 | K | | |
| 176. -MICROSOFT CORP | | | | | Sold | 09/13/13 | J | A | |
| 177. -MKT VECTORS MTGE REIT INC ETF | | | | | Sold | 02/12/13 | K | A | |
| 178. -NIKE INC B | | | | | Sold | 02/12/13 | J | | |
| 179. -OAKMARK I | | | | | Buy | 09/13/13 | K | | |
| 180. -OAKMARK INTERNATL I | | | | | Buy | 09/13/13 | K | | |
| 181. -PEPSICO INC NC | | | | | Sold | 09/13/13 | J | B | |
| 182. -PFIZER INC | | | | | Sold | 09/13/13 | J | C | |
| 183. -PIMCO ALL ASSET ALL AUTH P | | | | | Buy | 02/12/13 | K | | |
| 184. | | | | | Sold | 09/13/13 | K | | |
| 185. -PIMCO COMM REAL RET STRAT INST (X) | | | | | Sold | 09/13/13 | J | | |
| 186. -PIMCO TOTAL RETURN P | | | | | Buy | 09/13/13 | K | | |
| 187. | | | | | Sold | 09/13/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -PRINCIPAL PREFERRED SEC INST (X) | | | | | Sold | 09/13/13 | J | | |
| 189. -PROCTER & GAMBLE | | | | | Sold | 09/13/13 | J | B | |
| 190. -PUTNAM DIVERSIFIED INC TR Y | | | | | Buy | 02/12/13 | K | | |
| 191. | | | | | Sold | 09/13/13 | K | | |
| 192. -QUALCOMM INC | | | | | Sold | 09/13/13 | J | A | |
| 193. -STARWOOD HTLS & RSTS WW INC | | | | | Sold | 02/12/13 | J | | |
| 194. -SUNAMERICA NEW FOC DIV STRA A | | | | | Buy | 09/13/13 | K | | |
| 195. -TCW EMERG MKTS INCOME I | | | | | Sold | 09/13/13 | K | | |
| 196. -TEMPLETON GLB TOTAL RETURN ADV | | | | | Buy | 09/13/13 | J | | |
| 197. -TEMPLETON GLOBAL BD FD ADV | | | | | Buy | 02/12/13 | K | | |
| 198. | | | | | Sold | 09/13/13 | K | | |
| 199. -THORNBURG DEVELOPING WORLD I | | | | | Buy | 09/13/13 | K | | |
| 200. -U S BANCORP COM NEW | | | | | Sold | 09/13/13 | J | A | |
| 201. -UNITED TECHNOLOGIES CORP | | | | | Sold | 09/13/13 | J | C | |
| 202. -UNITEDHEALTH GP INC | | | | | Sold | 09/13/13 | J | A | |
| 203. -VERIZON COMMUNICATIONS | | | | | Sold | 09/13/13 | J | B | |
| 204. -VIRTUS INSIGHT EMERG MKTS I | | | | | Buy (add'l) | 02/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Sold | 09/13/13 | K | | |
| 206.  -WASATCH SM CAP GRW FD | | | | | Buy | 09/13/13 | K | | |
| 207.  -WELLS FARGO & CO NEW | | | | | Sold | 09/13/13 | J | B | |
| 208.  (H) IRA #1 | E | Int./Div. | O | T | | | | | |
| 209.  -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 210.  -ALGER SPECTRA A | | | | | Buy | 02/12/13 | K | | |
| 211. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 212.  -ARTISAN GLOBAL VALUE INV | | | | | Buy | 09/12/13 | K | | |
| 213.  -ARTISAN MIDCAP VALUE INV | | | | | Buy | 09/12/13 | K | | |
| 214.  -CALVERT GLOBAL WATER A | | | | | Buy | 09/12/13 | J | | |
| 215.  -CENTER COAST MLP FOCUS I | | | | | Sold | 09/12/13 | K | B | |
| 216.  -CENTRAL GOLDTRUST UNITS | | | | | Buy | 09/12/13 | K | | |
| 217.  -CUSHING MLP PREMIER I | | | | | Buy | 09/12/13 | K | | |
| 218.  -DIGITAL REALTY TRUST INC | | | | | Sold | 09/12/13 | J | | |
| 219.  -DOUBLELINE TOTAL RETURN I | | | | | Sold (part) | 02/12/13 | K | A | |
| 220. | | | | | Sold (part) | 09/12/13 | K | A | |
| 221.  -FEDERATED STRAT VAL DIV INST | | | | | Buy (add'l) | 02/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 09/12/13 | K | C | |
| 223. -FIRST EAGLE GLOBAL I | | | | | Buy | 02/12/13 | K | | |
| 224. | | | | | Sold (part) | 09/12/13 | J | A | |
| 225. -GATEWAY FUND Y | | | | | Buy | 09/12/13 | K | | |
| 226. -GUGGENHEIM DEFENSIVE EQUITY ET | | | | | Sold | 09/12/13 | J | B | |
| 227. -GUGGENHEIM MID-CAP CORE ETF | | | | | Sold | 09/12/13 | K | C | |
| 228. -GUGGENHEIM S&P 500 PURE GRW | | | | | Sold (part) | 02/12/13 | J | B | |
| 229. | | | | | Sold | 09/12/13 | K | C | |
| 230. -INVESCO SELECT COMPANIES Y | | | | | Buy | 02/12/13 | J | | |
| 231. | | | | | Sold | 09/12/13 | J | A | |
| 232. -ISHARES FTSE NAREIT RESIDENT | | | | | Sold | 02/12/13 | K | C | |
| 233. -ISHARES GOLD TRUST | | | | | Sold | 09/12/13 | J | | |
| 234. -ISHARES IBOXX INVEST GR COR FD | | | | | Sold | 02/12/13 | K | B | |
| 235. -LOOMIS SAYLES STRATEGIC INC Y | | | | | Buy (add'l) | 02/12/13 | J | | |
| 236. | | | | | Sold (part) | 09/12/13 | K | B | |
| 237. -LORD ABBETT SHT DURATION INC F | | | | | Buy | 09/12/13 | K | | |
| 238. -MAINSTAY FLOATING RATE I | | | | | Sold | 02/12/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -MAINSTAY MARKETFIELD I | | | | | Buy | 09/12/13 | K | | |
| 240.  -MATTHEWS ASIAN GWTH & INC INV | | | | | Buy | 02/12/13 | K | | |
| 241. | | | | | Sold | 09/12/13 | K | | |
| 242.  -METROPOLITAN WEST TOT RET BD I | | | | | Sold | 02/12/13 | K | B | |
| 243. | | | | | Buy | 09/12/13 | K | | |
| 244.  -MKT VECTORS MTGE REIT INC ETF | | | | | Sold | 02/12/13 | K | B | |
| 245.  -OAKMARK I | | | | | Buy | 02/12/13 | K | | |
| 246. | | | | | Buy (add'l) | 09/12/13 | K | | |
| 247.  -OAKMARK INTERNATL I | | | | | Buy | 09/12/13 | K | | |
| 248.  -PIMCO ALL ASSET ALL AUTH P | | | | | Buy | 02/12/13 | K | | |
| 249. | | | | | Sold | 09/12/13 | K | | |
| 250.  -PIMCO TOTAL RETURN P | | | | | Sold (part) | 02/12/13 | J | | |
| 251. | | | | | Sold | 09/12/13 | K | | |
| 252.  -PRUDENTIAL TOTAL RETURN BD Z | | | | | Sold | 02/12/13 | K | A | |
| 253.  -PUTNAM DIVERSIFIED INC TR Y | | | | | Buy | 02/12/13 | K | | |
| 254. | | | | | Sold | 09/12/13 | K | | |
| 255.  -ROYCE PREMIER INV | | | | | Buy | 02/12/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 09/12/13 | K | B | |
| 257. -SUNAMERICA NEW FOC DIV STRA A | | | | | Buy | 09/12/13 | K | | |
| 258. -T ROWE PRICE REAL ESTATE FD | | | | | Buy | 09/12/13 | J | | |
| 259. -TCW EMERG MKTS INCOME I | | | | | Sold | 09/12/13 | K | | |
| 260. -TEMPLETON GLB TOTAL RETURN ADV | | | | | Buy | 09/12/13 | J | | |
| 261. -TEMPLETON GLOBAL BD FD ADV | | | | | Buy | 02/12/13 | K | | |
| 262. | | | | | Sold | 09/12/13 | K | | |
| 263. -THORNBURG DEVELOPING WORLD I | | | | | Buy | 09/12/13 | K | | |
| 264. -VIRTUS INSIGHT EMERG MKTS I | | | | | Sold (part) | 02/12/13 | J | A | |
| 265. | | | | | Sold | 09/12/13 | K | | |
| 266. -WASATCH SM CAP GRW FD | | | | | Buy | 09/12/13 | K | | |
| 267. -W P CAREY INC COM (X) | | | | | | | | | |
| 268. (H) IRA #2 | A | Int./Div. | N | T | | | | | |
| 269. -John Hancock Venture Annuity Lifestyle Moderate Fund | | | | | | | | | |
| 270. -Corporate Prop Assoc 15 REIT (Y) (Y) | | | | | | | | | |
| 271. (H) IRA #3 | C | Int./Div. | M | T | | | | | |
| 272. -MORGAN STANLEY BANK N.A. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -ALGER SPECTRA A | | | | | Buy | 02/12/13 | J | | |
| 274.  -ARTISAN GLOBAL VALUE INV | | | | | Buy | 09/13/13 | J | | |
| 275.  -ARTISAN MIDCAP VALUE INV | | | | | Buy | 09/13/13 | J | | |
| 276.  -CALVERT GLOBAL WATER A | | | | | Buy | 09/13/13 | J | | |
| 277.  -CENTER COAST MLP FOCUS I | | | | | Sold | 09/13/13 | J | | |
| 278.  -CENTRAL GOLDTRUST UNITS | | | | | Buy | 09/13/13 | J | | |
| 279.  -CUSHING MLP PREMIER I | | | | | Buy | 09/13/13 | J | | |
| 280.  -DIGITAL REALTY TRUST INC | | | | | Sold | 09/13/13 | J | | |
| 281.  -DOUBLELINE TOTAL RETURN I | | | | | Sold | 02/12/13 | J | | |
| 282.  -FEDERATED STRAT VAL DIV INST | | | | | Buy (add'l) | 02/12/13 | J | | |
| 283. | | | | | Sold | 09/13/13 | J | | |
| 284.  -FIRST EAGLE GLOBAL I | | | | | Buy | 02/12/13 | J | | |
| 285.  -GATEWAY FUND Y | | | | | Buy | 09/13/13 | J | | |
| 286.  -GUGGENHEIM MID-CAP CORE ETF | | | | | Sold | 09/13/13 | J | | |
| 287.  -GUGGENHEIM S&P 500 PURE GRW | | | | | Sold (part) | 02/12/13 | J | | |
| 288. | | | | | Sold | 09/13/13 | J | | |
| 289.  -INVESCO BALANCED-RISK ALLOC Y | | | | | Buy | 02/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 09/13/13 | J | | |
| 291. -INVESCO SELECT COMPANIES Y | | | | | Buy | 02/12/13 | J | | |
| 292. | | | | | Sold | 09/13/13 | J | | |
| 293. -ISHARES FTSE NAREIT RESIDENT | | | | | Sold | 02/12/13 | J | | |
| 294. -ISHARES IBOXX INVEST GR COR FD | | | | | Sold | 02/12/13 | J | | |
| 295. -LOOMIS SAYLES STRATEGIC INC Y | | | | | Sold (part) | 02/12/13 | J | | |
| 296. | | | | | Sold (part) | 09/13/13 | J | | |
| 297. -LORD ABBETT SHT DURATION INC F | | | | | Buy | 09/13/13 | J | | |
| 298. -MAINSTAY FLOATING RATE I | | | | | Sold | 02/12/13 | J | | |
| 299. -MAINSTAY MARKETFIELD I | | | | | Buy | 09/13/13 | J | | |
| 300. -MATTHEWS ASIAN GWTH & INC INV | | | | | Buy | 02/12/13 | J | | |
| 301. | | | | | Sold | 09/13/13 | J | | |
| 302. -METROPOLITAN WEST TOT RET BD I | | | | | Sold | 02/12/13 | J | | |
| 303. | | | | | Buy | 09/13/13 | J | | |
| 304. -MKT VECTORS MTGE REIT INC ETF | | | | | Sold | 02/12/13 | J | | |
| 305. -OAKMARK I | | | | | Buy | 02/12/13 | J | | |
| 306. | | | | | Sold (part) | 09/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -OAKMARK INTERNATL I | | | | | Buy | 09/13/13 | J | | |
| 308. -PIMCO ALL ASSET ALL AUTH P | | | | | Buy | 02/12/13 | J | | |
| 309. | | | | | Sold | 09/13/13 | J | | |
| 310. -PIMCO TOTAL RETURN P | | | | | Sold | 09/13/13 | J | | |
| 311. -PRUDENTIAL TOTAL RETURN BD Z | | | | | Sold | 02/12/13 | J | | |
| 312. -PUTNAM DIVERSIFIED INC TR Y | | | | | Buy | 02/12/13 | J | | |
| 313. | | | | | Sold | 09/13/13 | J | | |
| 314. -ROYCE PREMIER INV CONFIRM NBR | | | | | Buy | 02/12/13 | J | | |
| 315. | | | | | Sold | 09/13/13 | J | | |
| 316. -SPDR BARCLAYS CAPITAL HIGH YIE | | | | | Sold | 02/12/13 | J | | |
| 317. -SPDR GOLD TR GOLD SHS | | | | | Sold | 09/13/13 | J | | |
| 318. -SUNAMERICA NEW FOC DIV STRA A | | | | | Buy | 09/13/13 | J | | |
| 319. -TCW EMERG MKTS INCOME I | | | | | Sold | 09/13/13 | J | | |
| 320. -TEMPLETON GLB TOTAL RETURN ADV | | | | | Buy | 02/12/13 | J | | |
| 321. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 322. -TEMPLETON GLOBAL BD FD ADV | | | | | Sold | 09/13/13 | J | | |
| 323. -THORNBURG DEVELOPING WORLD I | | | | | Buy | 09/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -VIRTUS INSIGHT EMERG MKTS I | | | | | Sold | 09/13/13 | J | | |
| 325. -W P CAREY INC COM (X) | | | | | Sold (part) | 09/13/13 | J | | |
| 326. -WASATCH SM CAP GRW FD | | | | | Buy | 09/13/13 | J | | |
| 327. (H) IRA #4 | B | Int./Div. | K | T | | | | | |
| 328. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 329. -ALGER SPECTRA A | | | | | Buy | 09/13/13 | J | | |
| 330. -ARTISAN GLOBAL VALUE INV | | | | | Buy | 09/13/13 | J | | |
| 331. -ARTISAN MIDCAP VALUE INV | | | | | Buy | 09/13/13 | J | | |
| 332. -DOUBLELINE TOTAL RETURN I | | | | | Sold (part) | 09/13/13 | J | | |
| 333. -FEDERATED STRAT VAL DIV INST | | | | | Buy (add'l) | 02/13/13 | J | | |
| 334. | | | | | Sold | 09/13/13 | J | A | |
| 335. -FIRST EAGLE GLOBAL I | | | | | Buy | 02/13/13 | J | | |
| 336. -GUGGENHEIM DEFENSIVE EQUITY ET | | | | | Sold | 02/13/13 | J | A | |
| 337. -GUGGENHEIM MID-CAP CORE X) | | | | | Sold | 09/13/13 | J | A | |
| 338. -GUGGENHEIM S&P 500 PURE (Y) | | | | | | | | | |
| 339. -ISHARES FTSE NAREIT RESIDENT (Y) | | | | | | | | | |
| 340. -ISHARES IBOXX INVEST GR COR FD | | | | | Sold | 02/13/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -LOOMIS SAYLES STRATEGIC INC Y | | | | | Sold (part) | 09/13/13 | J | A | |
| 342. -LORD ABBETT SHT DURATION INC F | | | | | Buy | 09/13/13 | J | | |
| 343. -MAINSTAY MARKETFIELD I | | | | | Buy | 09/13/13 | J | | |
| 344. -MATTHEWS ASIAN GWTH & INC INV | | | | | Buy | 02/13/13 | J | | |
| 345. | | | | | Sold | 09/13/13 | J | | |
| 346. -METROPOLITAN WEST TOT RET BD I | | | | | Sold | 02/13/13 | J | A | |
| 347. | | | | | Buy | 09/13/13 | J | | |
| 348. -MKT VECTORS MTGE REIT INC ETF | | | | | Sold | 02/13/13 | J | A | |
| 349. -OAKMARK I | | | | | Buy | 02/13/13 | J | | |
| 350. | | | | | Sold (part) | 09/13/13 | J | A | |
| 351. -OAKMARK INTERNATL I | | | | | Buy | 09/13/13 | J | | |
| 352. -PIMCO TOTAL RETURN P | | | | | Sold | 09/13/13 | J | | |
| 353. -PRUDENTIAL TOTAL RETURN BD Z | | | | | Sold | 02/13/13 | J | | |
| 354. -SPDR BARCLAYS CAPITAL HIGH YIE | | | | | Sold | 02/13/13 | J | A | |
| 355. -SUNAMERICA NEW FOC DIV STRA A | | | | | Buy | 09/13/13 | J | | |
| 356. -TCW EMERG MKTS INCOME I | | | | | Sold | 09/13/13 | J | | |
| 357. -TEMPLETON GLOBAL BD FD ADV | | | | | Buy | 02/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 09/13/13 | J | | |
| 359. -THORNBURG DEVELOPING WORLD I | | | | | Buy | 09/13/13 | J | | |
| 360. -VIRTUS INSIGHT EMERG MKTS I | | | | | Sold | 09/13/13 | J | | |
| 361. -WASATCH SM CAP GRW FD | | | | | Buy | 09/13/13 | J | | |
| 362. (H) IRA #6＿＿＿ CLOSED | A | Int./Div. | J | T | | | | | |
| 363. -Corporate Prop Assoc＿＿ (Y) | | | | | | | | | |
| 364. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 365. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #3

Trust #3 Transferred in assets from [redacted] All sales, without a prior buy in 2013, are marked with an (X).

IRA #1

(WPC) W P Carey Comm Stock was transferred from IRA #2 to IRA #1.

IRA #2

Corporate Prop Assoc [redacted] (Y) was exchanged for (WPC) W P Carey Comm Stock. Then the (WPC) W P Carey Comm Stock was transferred to IRA #1.

IRA #3

(WPC) W P Carey Comm Stock was transferred from IRA #6 to IRA #3.

IRA #6

Corporate Prop Assoc [redacted] (Y) was exchanged for (WPC) W P Carey Comm Stock. Then the (WPC) W P Carey Comm Stock was transferred to IRA #3.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Andrew Hurwitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544